No. —.   Original. *Ex parte:* IN THE MATTER OF ARTHUR HEWETT AND TOM A. KEATING, PETITIONERS.   Motion sub-

mitted January 24, 1910. Decided March 14, 1910. Motion for leave to file a petition for a writ of *habeas corpus* denied. *Mr. Thos. F. Gatts* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.